IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>JERRY D. GUESS AND GUESS & CO. CORPORATION,<br><br>　　　　　Defendants. | 8:24CV172<br><br>ORDER |

**IT IS ORDERED** that the motion to withdraw as counsel of record (Filing No. 32) is granted and John E. Birkenheier is deemed withdrawn as counsel of record for Plaintiff in this case. The Clerk of Court shall terminate electronic notice to John E. Birkenheier in this case.

Dated this 16th day of January, 2025.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge