IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES SECURITIES And EXCHANGE COMMISSION,<br><br>          Plaintiff,<br><br>vs.<br><br>JERRY D. GUESS and GUESS & CO CORPORATION,<br><br>          Defendants. | 8:24-CV-172<br><br>ORDER |

      This matter is before the Court on its own motion. Defendant Jerry D. Guess filed a Notice of Appeal (filing 50), but failed to include the $605.00 filing and docket fees. The appellant may either submit the $605.00 filing and docket fees to the clerk's office or file a motion to proceed in forma pauperis.

      IT IS ORDERED:

1. The appellant is directed to submit the $605.00 fees to the clerk's office or file a motion to proceed in forma pauperis.

2. The Clerk of the Court is directed to set a case management deadline in this matter for October 2, 2025: with the following text: Check for motion to proceed in forma pauperis or payment.

      Dated this 2nd day of September, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge