IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

UNITED STATES SECURITIES
AND EXCHANGE COMMISSION,

        Plaintiff,

vs.

JERRY D. GUESS and GUESS & CO
CORPORATION,

        Defendants.

8:24-CV-172

ORDER

On September 2, 2025, the Court entered an Order directing defendant Jerry D. Guess to either pay the $605.00 appellate filing and docket fees, or submit a request to proceed in forma pauperis, with a deadline of October 2, 2025. Filing 51. The defendant has not responded. Accordingly,

IT IS ORDERED:

1. The defendant is not permitted to proceed in forma pauperis on appeal.

2. The Clerk of the Court is directed to terminate the October 2, 2025 case management deadline and process the defendant's appeal to the Eighth Circuit Court of Appeals in accordance with standard procedures.

Dated this 3rd day of October, 2025.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge