IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES SECURITIES AND EXCHANGE COMMISSION,<br><br>Plaintiff,<br><br>vs.<br><br>JERRY D. GUESS and GUESS & CO CORPORATION,<br><br>Defendants. | 8:24-CV-172<br><br>ORDER |

For the reasons stated in the Court's memorandum and order of November 26, 2025 (filing 63),

IT IS ORDERED that defendant Jerry D. Guess's motion to reconsider (filing 64) is denied.

Dated this 1st day of December, 2025.

BY THE COURT:

John M. Gerrard
Senior United States District Judge